# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| K.O., by and through his parent and guardian J.O. on behalf of a class of those similarly situated, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-1837 (PJS/DJF) |
| Willie L. Jett, II, in his capacity as the Commissioner of the Minnesota Department of Education, State of Minnesota, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' motion for summary judgment [ECF No. 54] is GRANTED to the extent described in this order.

2. The Court DECLARES that the version of Minn. Stat. § 125A.03(b) that was in effect until July 1, 2023, violated the Individuals with Disabilities Education Act (specifically, 20 U.S.C. § 1412) insofar as that version of Minn. Stat. § 125A.03(b) denied special education to students with disabilities who had not received high-school diplomas and who had not yet reached the age of 22.

3. The Court ORDERS defendant Commissioner of the Minnesota Department of Education of the State of Minnesota to provide compensatory education to class members who turned 21 years of age prior to July 1, 2022.

4. Defendant's motion for summary judgment [ECF No. 60] is DENIED.


Date: 8/28/2023                                                       KATE M. FOGARTY, CLERK